■ NASER DJONOVIC, Appellant, v JOHN ZUNIC, Respondent, et al., Defendant. [704 NYS2d 839] —In an action to recover damages for defamation, the plaintiff appeals from an order of the Supreme Court, Queens County (Milano, J.), dated October 8,

1998, which granted the motion of the defendant John Zunic to dismiss the complaint insofar as asserted against him for failure to state a cause of action.

Ordered that the order is affirmed, with costs.

The statements in question were covered by an absolute privilege (*see, Romeo v Village of Fishkill,* 248 AD2d 700; *Herzfeld & Stern v Beck,* 175 AD2d 689, 691; *Grasso v Mathew,* 164 AD2d 476; *Missick v Big V Supermarkets,* 115 AD2d 808). Ritter, J. P., Santucci, Thompson and McGinity, JJ., concur.